JOSEPHINE C. McGOEY, as Administratrix of the Estate of PETER J. McGOEY, Deceased, Respondent, v. CITY OF NEW YORK, Appellant.—

Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents insofar as the complaint is dismissed and votes to order a new trial.